```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                         :
UNITED STATES OF AMERICA                 :    ORDER
                                         :
         -v.-                            :    22 Cr. 503
                                         :
GRAHAM BONHAM-CARTER                     :
                                         :
                                         :
              Defendants.                :
                                         :
- - - - - - - - - - - - - - - - - - - - x
```

WHEREAS, an application has been made by the United States of America requesting an order of the Court directing the unsealing and docketing of: the Indictment in this case (the "Indictment"), and related charging paperwork;

IT IS HEREBY ORDERED that the following documents be unsealed and docketed: the Indictment and related charging paperwork.

SO ORDERED:

Dated:   New York, New York
         October 11, 2022

_____
GABRIEL W. GORENSTEIN
United States District Judge
Southern District of New York