

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2023

**BY ECF**

The Honorable Paul E. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re: **United States** v. **Bonham-Carter**, 22 Cr. 503 (PAE)

Dear Judge Engelmayer,

      I am leaving the service of the United States Attorney's Office. Accordingly, I respectfully request that the Court direct the Clerk of Court to terminate my appearance in the above-captioned case.

                                Respectfully submitted,

                                  DAMIAN WILLIAMS
                                United States Attorney

           by:    /s/ Anden Chow
                Anden Chow
                Assistant United States Attorney
                (212) 637-2348