

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2023

**BY ECF**

The Honorable Paul E. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re: **United States** v. **Bonham-Carter**, 22 Cr. 503 (PAE)

Dear Judge Engelmayer,

    I am leaving the service of the United States Attorney's Office. Accordingly, I respectfully request that the Court direct the Clerk of Court to terminate my appearance in the above-captioned case.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

          by:   /s/ Anden Chow
               Anden Chow
               Assistant United States Attorney
               (212) 637-2348

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 7.

                                          11/15/2023

            SO ORDERED.

                             PAUL A. ENGELMAYER
                             United States District Judge