UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                                             :
v.                                           :    Case No. 22-CR-503 (PAE)
                                             :
                                             :    **NOTICE OF APPEARANCE**
GRAHAM BONHAM-CARTER,                        :
                                             :
                                             :
                        Defendants.          :
-------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Alexandra A.E. Shapiro, of Shapiro Arato Bach LLP, hereby appears as counsel for Defendant Graham Bonham-Carter.

I certify that I am admitted to practice in this Court.


Dated:  April 8, 2024                        Respectfully submitted,

                                             /s/Alexandra A.E. Shapiro
                                             Alexandra A.E. Shapiro
                                             SHAPIRO ARATO BACH LLP
                                             1140 Avenue of the Americas, 17th Floor
                                             New York, NY 10036
                                             Tel: 212-257-4881
                                             ashapiro@shapiroarato.com

                                             *Attorney for Defendant Graham*
                                             *Bonham-Carter*