AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cr-00503-PAE |
| Graham Bonhan-Carter | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America    .

Date:  09/15/2025

/s/ Kingdar Prussien
*Attorney's signature*

Kingdar Prussien (5311428)
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
26 Federal Plaza, New York, NY 10278

*Address*

Kingdar.Prussien@usdoj.gov
*E-mail address*

(212) 637-2223
*Telephone number*

*FAX number*