

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 19, 2025

**VIA ECF**

The Honorable Paul E. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square New York,
New York 10007

    Re:    *United States v. Graham Bonham-Carter,* 22 Cr. 503 (PAE)

Dear Judge Engelmayer:

    I write to respectfully advise the Court that I am leaving the United States Attorney's Office for the Southern District of New York on September 26, 2025. Accordingly, I respectfully request that the Court so order this letter and direct the Clerk of Court to terminate the undersigned Assistant United States Attorney as counsel of record in the above-captioned case, and remove the undersigned from all future ECF notifications.

        Very truly yours,

        JAY CLAYTON
        United States Attorney

    by: /s/ Vladislav Vainberg
        Vladislav Vainberg
        Assistant United States Attorney
        (212) 637-1029

cc:    All Counsel of Record (by ECF)